[No. 18368-1-I. Division One. October 5, 1987.]

*In the Matter of the Marriage of* WESELENE JANET MAHLEN, *Respondent, and* RALPH EUGENE MAHLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-3-00659-5, John F. Wilson, J., entered April 1, 1986. *Affirmed* by unpublished opinion per Revelle, J. Pro Tem., concurred in by Swanson and Williams, JJ.

[No. 18062-2-I. Division One. October 5, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSE LOPEZ-MARTINEZ, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-01987-0, George T. Mattson, J., entered May 19, 1986. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Grosse, JJ.

[No. 19152-7-I. Division One. October 5, 1987.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant,* v. MICHAEL J. MORRISSEY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-2-05825-9, Gerard M. Shellan, J., entered January 7, 1986. *Reversed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Durham and McCutcheon, JJ. Pro Tem.